

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-012 |
| | | (Claim No. 116145/116147 |
| FELIPE GARZA | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | |
|---|---|---|
| 1. | Principal Balance as of July 26, 1999 | $ 549.29 |
| 2. | Interest as of July 26, 1999 | $ 152.20 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 50.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 8.00% |
| 6. | Daily Accrual: | $ .12 |
| 7. | Balance Due After Credits (including attorney's fees) | $ 751.49 |
| 8. | Post Judgment Interest equals _0.97_ % per annum | |

**Debt 2:**

| | | | |
|---|---|---|---:|
| 1. | Principal Balance of July 26, 1999 | $ | 5,551.56 |
| 2. | Interest of July 26, 1999 | $ | 3,172.32 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 550.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 8.00% |
| 6. | Daily Accrual | $ | 1.22 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 9,273.88 |
| 8. | Post Judgment Interest equals __0.97__ % per annum | | |

DONE in Brownsville, Texas, this __18__ of __June__ 2003.

_____
Hilda G. Tagle
United States District Judge